**Bruce E. Disenhouse (SBN 078760)**
bdisenhouse@krsattys-riv.com
KINKLE, RODIGER AND SPRIGGS
Professional Corporation
3333 Fourteenth Street
Riverside, California 92501
(951) 683-2410
FAX (951) 683-7759

Attorneys for Defendants, GENESIS FLUID SOLUTIONS, LTD., and MICHAEL K. HODGES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE NORTH AMERICA, INC., ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> GENESIS FLUID SOLUTIONS, LTD,, ) <br> and MICHAEL K. HODGES, ) <br><br> Defendants. ) <br> —————————————————————— ) | CASE NO.: C08 02060 PVT <br><br> CERTIFICATE OF INTERESTED PARTIES |

The undersigned counsel of record for Defendants GENESIS FLUID SOLUTIONS, LTD., and MICHAEL K. HODGES certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This representation is made to enable the court to evaluate possible disqualification or recusal:

1.    EAGLE NORTH AMERICA, INC.

2.    GENESIS FLUID SOLUTIONS, LTD.

KINKLE, RODIGER
AND SPRIGGS
Professional Corporation

1    3.    MICHAEL K. HODGES

2                         KINKLE, RODIGER AND SPRIGGS

3                         Professional Corporation

4

5



6                         BRUCE E. DISENHOUSE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28