```
WALLACE M. TICE, ESQ. (SBN 88177)
RANDEL J. CAMPBELL, ESQ. (SBN 209324)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA  94111
RCampbell@lgglaw,.com
Telephone:     (415) 397-2800
Facsimile:      (415) 397-0937


Attorneys for Plaintiff
EAGLE NORTH AMERICA, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| EAGLE NORTH AMERICA, INC., a South Carolina corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>GENESIS FLUID SOLUTIONS, LTD., a Colorado corporation; MICHAEL K. HODGES, an individual,<br><br>Defendant(s). | Case No:  C08 02060 PVT<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>Case Filed:    4/21/2008<br>Trial Date: |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:     6/19/2008

```
                              LYNCH, GILARDI & GRUMMER
                              A Professional Corporation


                              By  /s/ Randel J. Campbell
                                  RANDEL J. CAMPBELL, ESQ.
                              Attorneys for
                              EAGLE NORTH AMERICA, INC.
```

180181.DOC

1

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**
Case No:  C08 02060 PVT