FILED

2008 JUN 20 A 10: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EAGLE NORTH AMERICA, INC.

PLAINTIFF(S)

v.

GENESIS FLUID SOLUTIONS, LTD., AND
MICHAEL K. HODGES

DEFENDANT(S).

CASE NUMBER: C 08 0260 PVT

2060

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

COUNTER CLAIM OF GENESIS FLUID SOLUTIONS, LTD., and
MICHAEL K. HODGES

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): COUNTER CLAIM

June 19, 2008
_____
Date

_Bruce E. Osenbrush_
Attorney Name

_Defendants / Counter Defendants_
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                               NOTICE OF MANUAL FILING