WALLACE M. TICE, ESQ. (SBN 88177)
RANDEL J. CAMPBELL, ESQ. (SBN 209324)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
RCampbell@lgglaw,.com
Telephone:   (415) 397-2800
Facsimile:   (415) 397-0937

Attorneys for Plaintiff
EAGLE NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| EAGLE NORTH AMERICA, INC., a South Carolina corporation,<br><br>            Plaintiff(s),<br><br>vs.<br><br>GENESIS FLUID SOLUTIONS, LTD., a Colorado corporation; MICHAEL K. HODGES, an individual,<br><br>            Defendant(s). | Case No:  C08 02060 PVT<br><br>**ANSWER OF EAGLE NORTH AMERICA, INC. TO COUNTERCLAIM OF GENESIS FLUID SOLUTIONS, LTD., AND MICHAEL K. HODGES**<br><br>Case Filed:   4/21/2008<br>Trial Date: |

    Plaintiff EAGLE NORTH AMERICA, INC. answers the counterclaim of GENESIS FLUID SOLUTIONS, LTD. and MICHAEL K. HODGES as follows:

### I. ADMISSIONS AND DENIALS

    1.    In response to paragraph 1, EAGLE admits there was a supplemental agreement entered into for EAGLE to provide personnel to operate the belt presses leased by GENESIS, but denies the remaining statements and allegations in paragraph 1.

    2.    EAGLE denies, generally and specifically, all of the statements and allegations in paragraphs 2, 3, 5, 6, and 8.

1
**ANSWER OF EAGLE NORTH AMERICA, INC. TO COUNTERCLAIM**
Case No:  C08 02060 PVT

## II. AFFIRMATIVE DEFENSES

3. Counterclaimants were guilty of contributory fault/negligence in the matters set forth in the counterclaim, which proximately caused or contributed to the injuries or damages complained of.

4. Counterclaimants had express knowledge of the risks and hazards, which allegedly caused damages complained of, and thereafter knowingly and willingly assumed those risks.

5. Neither the counterclaim nor any cause of action in the counterclaim states facts sufficient to substantiate a cause of action against EAGLE.

6. Counterclaimants' alleged injuries and damages, if any there were, were aggravated by the counterclaimants' failure to use reasonable diligence to mitigate them.

7. Counterclaimants are barred from any and all recovery of each and every alleged cause of action by virtue of counterclaimants' conduct constituting a waiver of each and every alleged cause of action.

8. Counterclaimants are barred from any and all recovery on each and every alleged cause of action by virtue of counterclaimants' conduct constituting an estoppel as to each and every alleged cause of action.

9. Counterclaimants consented to the acts complained of in the Complaint, and said consent was both express and implied.

10. Counterclaimants unreasonably failed to give EAGLE notice of counterclaimants' claims to the detriment of EAGLE's ability to defend this action, and this counterclaim is therefore barred by the doctrine of laches.

11. The actions complained of were made without malice or wrongful intent on the part of EAGLE.

12. The obligations of the EAGLE under the terms and conditions of the contract have been discharged by operation of law.

13. The counterclaimants are guilty of "unclean hands" in the matters set forth in the counterclaim.

Lynch, Gilardi & Grummer
A Professional Corporation
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

14. Each of the acts of EAGLE complained of in the counterclaim were committed, if at all, in good faith and for valid reasons.

15. EAGLE did what might reasonably be expected of a person of ordinary prudence, acting under similar circumstances, who desired to comply with the law.

16. Prior to the commencement of this counterclaim, EAGLE duly performed, satisfied and discharged, all duties and obligations it may have owed to counterclaimants arising out of any and all agreements, representations, or contracts made by or on behalf of EAGLE except those obligations EAGLE was prevented and/or excused from performing by the acts and/or omissions of counterclaimants and/or other individuals or entities.

17. Counterclaimants are barred and precluded from any recovery in this action because EAGLE at all times exercised, at the very least, the usual standard of care, skill and competence prevalent among members of its profession at the time and location where EAGLE's services were rendered in connection with the matters described in the counterclaim.

18. EAGLE presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated affirmative defenses. EAGLE reserves the right to state additional affirmative defenses in the event discovery indicates it would be appropriate to do so.

/ / /

/ / /

Lynch, Gilardi & Grummer
A Professional Corporation
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

### III. PRAYER

Wherefore Eagle prays as follows:

1. Counterclaimants take nothing by reason of the counterclaim;
2. EAGLE be awarded costs of suit incurred in defense of this action;
3. For reasonable attorney's fees as allowed by law;
4. For other such relief as the Court deems proper.

DATED:   July 14, 2008

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By _____
RANDEL J. CAMPBELL, ESQ.
Attorneys for
EAGLE NORTH AMERICA, INC.

181360.DOC

Lynch, Gilardi & Grummer
A Professional Corporation
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

4
ANSWER OF EAGLE NORTH AMERICA, INC. TO COUNTERCLAIM
Case No:   C08 02060 PVT