RECEIVED

JUL 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

Eagle North America, Inc.,

        Plaintiff(s),

v.

Genesis Fluid Solutions, Ltd., et al.

        Defendant(s).

CASE NO. C08 02060

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Gregory D. Rankin (0022061), an active member in good standing of the bar of Ohio and the U.S. District Courts Northern and Southern Ohio (particular court to which applicant is admitted) whose business address and telephone number is

Lane; Alton & Horst
Two Miranova Place, Ste. 500
Columbus, Ohio 43215
614-228-6885

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg

                                    Patricia V. Trumbull
                                    United States Magistrate Judge