AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Eagle North America, Inc. )<br>Plaintiff )<br>v. )<br>GENESIS FLUID SOLUTIONS, LTD. and )<br>MICHAEL K. HODGES Defendant ) | Civil Action No.  C08-02060 PVT |

## Summons in a Civil Action

To: EAGLE NORTH AMERICA, INC.
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Bruce E. Disenhouse (SBN 078760)
KINKLE, RODIGER AND SPRIGGS
3333 FOURTEENTH STREET
RIVERSIDE, CALIFORNIA  92501

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Bruce E. Disenhouse, Esq.    SBN 078760<br>Kinkle, Rodiger and Spriggs<br>3333 Fourteenth Street<br>Riverside, CA 92501<br>TELEPHONE NO.: (951) 683-2410    FAX NO.: (951) 683-7759<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA<br>STREE ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: United States District Court - Northern District of Cali | |
| PLAINTIFF/PETITIONER: Eagle North America<br>DEFENDANT/RESPONDENT: Genesis Fluid Solutions | Case Number:<br>C08-02060 PVT |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>28685 |

*(Separate proof of service is required for each party served.)*

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Summons in a Civil Action; Counter Claim

on:   Eagle North America, Inc.

in the above mentioned action by delivering to the parties dwelling house or usual place of abode or business and leaving with a person of suitable age and discretion. The name of the person with whom the documents were left with is:
   "Jane Doe" - F - 25 yrs - 5'10" - 210lbs - brn hr - Cauc, Person in Charge at Lynch, Gilardi & Grummer, Authorized Person for Service

at:   475 Sansome St., Ste. 1800, San Francisco, CA 94111
      (Business)

on:   July 07, 2008
at:   3:05 PM

Fee for service: $125.00

Record # 08-039553

---

Registered California process server.
County: San Francisco
Registration No: 762
Expiration Date:

Sierra Fredianelli - Sano Attorney Service

P.O. Box 1568, Riverside, CA 92502

I declare under penalty of perjury that the foregoing is true and correct and that this declaraction was executed
on: Jul 14, 2008      at: San Francisco, CA

*SEE ATTACHED*
Sierra Fredianelli

| PETITIONER: EAGLE NORTH AMERICA | CASE NUMBER: |
|---|---|
| RESPONDENT: GENESIS FLUID SOLUTIONS | C08-02060 PVT |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   under the following Code of Civil Procedure section:
   [XX] 416.10 (corporation)

7. Person who served papers
   a. Name: SIERRA FREDIANELLI
   b. Address: 210 Fell Street, #19, San Francisco, CA 94102
   c. Telephone: (415) 882-2250
   d. *The fee* for service was: $    0.00
   e. I am:
      (i) independant contractor.
      (ii) Registration No.: 762
      (iii) County : SAN FRANCISCO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:     July 8, 2008

SIERRA FREDIANELLI
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)


(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10