1 WALLACE M. TICE, ESQ. (SBN 88177)
RANDEL J. CAMPBELL, ESQ. (SBN 209324)
2 LYNCH, GILARDI & GRUMMER
A Professional Corporation
3 475 Sansome Street, Suite 1800
San Francisco, CA 94111
4 RCampbell@lgglaw,.com
Telephone:    (415) 397-2800
5 Facsimile:    (415) 397-0937

6

Attorneys for Plaintiff
7 EAGLE NORTH AMERICA, INC.

8

9               UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| 12 EAGLE NORTH AMERICA, INC., a South Carolina corporation, | Case No:  C08 02060 PVT |
| 13 | **JOINT CASE MANAGEMENT** |
| Plaintiff(s), | **STATEMENT** |
| 14 | |
| vs. | |
| 15 | Case Filed:     4/21/2008 |
| GENESIS FLUID SOLUTIONS, LTD., a | Trial Date: |
| 16 Colorado corporation; MICHAEL K. HODGES, an individual, | |
| 17 | |
| Defendant(s). | |
| 18 | |
| 19 AND RELATED COUNTERCLAIMS | |

20

21        Pursuant to Civil Local Rule 16-9, the parties to this action submit the following Joint

22 Case Management Statement:

23        1.        Jurisdiction and Service:        Jurisdiction is proper in the United States District

24 Court under 28 U.S.C. 1332, because the parties are citizens of different states, and the amount

25 in controversy exceeds $75,000.  No issues exist regarding personal jurisdiction or venue.  No

26 parties remain to be served.

27        2.        Facts:

28

Lynch, Gilardi
& Grummer
A Professional
Corporation
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

a.  In 2007, Genesis entered into a contract with the Santa Cruz Port District to perform dredging and sediment dewatering in the Santa Cruz Harbor.  To accomplish this work, Genesis rented from Eagle "four (4) used 2.0 SMX-S8 Belt presses," for $15,000.00 per belt press per month."  Michael Hodges provided Eagle with a signed, written personal guarantee of payment on the lease agreement.  Eagle, at the request of Genesis, also provided personnel to operate the equipment, at an agreed to rate of $600 per day daily rate plus costs.  The project was completed and the equipment moved off site on or about December 28, 2007.  Eagle claims a balance of $152,103.48 remains unpaid and owing for the equipment lease and operator personnel charges.  Eagle claims it is entitled to attorney's fees and costs of suit pursuant to the lease agreement and the personal guarantee.

b.  Genesis has filed a counterclaim.  Genesis contends that the belt presses furnished by Eagle arrived in a damaged and defective condition and that Genesis incurred substantial costs and loss of time in correcting/repairing the damaged/defective equipment.  The Eagle NA belt presses were not functioning and constituted safety and environmental hazards to the men and the work area.  Genesis contends that the operators provided by Eagle were either not qualified, or that they deliberately failed to operate the equipment at the highest safe speed, or both.  Genesis claims breach of contract damages of $80,800, and fraud/negligent misrepresentation damages of $280,800.  Genesis claims it is entitled to attorney's fees and costs of suit.

3.  <u>Legal Issues</u>:  The parties have not identified any specific points of law that are in dispute.  The disputes appear to be primarily factual in nature.

4.  <u>Motions</u>:    There are no pending motions.  There are no anticipated motions at this time.  The parties recognize this could change as discovery progresses.

5.  <u>Amendment of Pleadings</u>:    There are currently no expectations or plans to

Lynch, Gilardi
& Grummer
A Professional
Corporation
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

**JOINT CASE MANAGEMENT STATEMENT**
**Case No:  C08 02060 PVT**

1    amend the pleadings. The parties recognize this could change as discovery progresses.

2        6.        Evidence Preservation:        Each party has agreed to preserve all evidence

3    relevant to the issues reasonably evident in this action, including interdiction of any document-

4    destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-

5    recorded material.

6        7.        Disclosures:    FRCP Rule 26 disclosures are pending, following meet and confer

7    discussions, to be filed and served on or before August 21.

8        8.        Discovery:    No discovery taken to date. The scope of anticipated discovery is

9    an exchange of discoverable documents and depositions of the parties and party affiliated

10   witnesses. No limitations or modifications of the discovery rules are proposed at this time.

11   The parties propose to exchange documents prior to the court ordered ADR, and to conduct

12   depositions if ADR is not successful.

13       9.        Class Actions:        Not a class action.

14       10.       Related Cases:        No related cases or proceedings pending before another

15   judge of this court, or before another court or administrative body.

16       11.       Relief:

17           a.   Eagle seeks $152,103.48 plus attorney's fees and costs of suit.

18           b.   Genesis on its counterclaim for breach of contract seeks $80,800 plus attorney's

19                fees and costs of suit. Genesis on its counterclaim for fraud/negligent

20                misrepresentation seeks $280,800 plus attorney's fees and costs of suit.

21       12.       Settlement and ADR:        The parties have stipulated to mediation (ADR LR

22   6) pursuant to LR 16-8 and ADR LR 3-5. Mediation is to occur within 90 days of July 23,

23   2008, which means mediation is to occur on or before October 21, 2008.

24       13.       Consent to Magistrate Judge For All Purposes:  Eagle consents to have a

25   magistrate judge conduct all further proceedings, including trial and entry of judgment.

26   Genesis and Mr. Hodges consent to have a magistrate judge preside over only pretrial

27   proceedings, and do not consent to a magistrate judge to conduct the trial.

28

Lynch, Gilardi
& Grummer
A Professional
Corporation
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

3

**JOINT CASE MANAGEMENT STATEMENT**
**Case No:  C08 02060 PVT**

14.    Other References:    The parties have agreed to meet and confer about whether the case is suitable for reference to binding arbitration after mediation.

15.    Narrowing of Issues:  No recommendations at this time, pending pre-mediation discovery and mediation.

16.    Expedited Schedule:    No recommendations at this time, pending pre-mediation discovery and mediation.

17.    Scheduling:  No recommendations at this time, pending pre-mediation discovery and mediation.

18.    Trial:  All parties have requested a jury.  Expected length of the trial is three days.

19.    Disclosure of Non-party Interested Entities or Persons:    Each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. Additionally, and pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

20.    No recommendations at this time, pending pre-mediation discovery and mediation.

DATED:    August 5, 2008

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By  RANDEL J. CAMPBELL, ESQ.
Attorneys for
EAGLE NORTH AMERICA, INC.

DATED:    August 5, 2008

KINKLE, RODIGER AND SPRIGGS
A Professional Corporation

By  _____
BRUCE E. DISENHOUSE, ESQ.
Attorneys for
GENESIS FLUID SOLUTIONS, LTD., and
MICHAEL K. HODGES

4

JOINT CASE MANAGEMENT STATEMENT
Case No:  C08 02060 PVT

Lynch, Gilardi
& Grummer
A Professional
Corporation
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

14. <u>Other References:</u>   The parties have agreed to meet and confer about whether the case is suitable for reference to binding arbitration after mediation.

15. <u>Narrowing of Issues:</u>  No recommendations at this time, pending pre-mediation discovery and mediation.

16. <u>Expedited Schedule:</u>   No recommendations at this time, pending pre-mediation discovery and mediation.

17. <u>Scheduling:</u>  No recommendations at this time, pending pre-mediation discovery and mediation.

18. <u>Trial:</u>  All parties have requested a jury.  Expected length of the trial is three days.

19. <u>Disclosure of Non-party Interested Entities or Persons:</u>   Each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. Additionally, and pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

20.   No recommendations at this time, pending pre-mediation discovery and mediation.

DATED:     August 5, 2008

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By _____
RANDEL J. CAMPBELL, ESQ.
Attorneys for
EAGLE NORTH AMERICA, INC.

DATED:     August 5, 2008

KINKLE, RODIGER AND SPRIGGS
A Professional Corporation

By _____
BRUCE E. DISENHOUSE, ESQ.
Attorneys for
GENESIS FLUID SOLUTIONS, LTD., and
MICHAEL K. HODGES

4

**JOINT CASE MANAGEMENT STATEMENT**
**Case No:  C08 02060 PVT**