**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **EAGLE NORTH AMERICA, INC.,** | **C 08-2060 PVT** |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **GENESIS FLUID SOLUTIONS, LTD., ET AL.,** | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 12, 2008 before the Honorable Judge Patricia V. Trumbull has been continued to **September 12, 2008 at 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before September 5, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: August 7, 2008

RICHARD W. WIEKING,
Clerk of Court
/s/ Corinne Lew

_____
Corinne Lew
Deputy Clerk