```
RECEIVED
JUL 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
```

UNITED STATES DISTRICT COURT

Northern District of California

Eagle North America, Inc.,

                                    CASE NO. C08 02060

                Plaintiff(s),      (Proposed)
         v.                        ORDER GRANTING APPLICATION
                                  FOR ADMISSION OF ATTORNEY
                                  *PRO HAC VICE*

Genesis Fluid Solutions, Ltd.,
et al.

               Defendant(s).
_____/

   Gregory D. Rankin (0022061)    , an active member in good standing of the bar of Ohio and the U.S. District Courts Northern and Southern Ohio (particular court to which applicant is admitted) whose business address and telephone number is

Lane; Alton & Horst
Two Miranova Place, Ste. 500
Columbus, Ohio  43215
614-228-6885

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg  Aug. 11, 2008

                                                        Patricia V. Trumbull
                                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California