**Bruce E. Disenhouse (SBN 078760)**
bdisenhouse@krsattys-riv.com
KINKLE, RODIGER AND SPRIGGS
Professional Corporation
3333 Fourteenth Street
Riverside, California 92501
(951) 683-2410
FAX (951) 683-7759

**Gregory D. Rankin (SBN 0022061)**
grankin@lanealton.com
LANE, ALTON & HORST LLC
Two Miranova Place, Suite 500
Columbus, Ohio  43215
Telephone:  614-228-6885
Facsimile:   614-228-0146

*E-FILED - 10/15/08*

Attorneys for Defendants, GENESIS FLUID SOLUTIONS, LTD., and MICHAEL K. HODGES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE NORTH AMERICA, INC., | CASE NO.:  C08 02060 RMW |
| Plaintiff, | ORDER |
| v. | |
| GENESIS FLUID SOLUTIONS, LTD,, and MICHAEL K. HODGES, | |
| Defendants. | |

## ORDER

Upon application of the parties and for good cause shown, leave is hereby granted for the parties to conduct mediation on November 7, 2008.

SO ORDERED:

Date: 10/15/08

_Ronald M. Whyte_
Judge Ronald M. Whyte