1

2

3

4          **E-FILED on** __02/10/09__

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10         SAN JOSE DIVISION

11

12   EAGLE NORTH AMERICA, INC.,              No. C-08-02060 RMW

13          Plaintiff,

14   v.                                      ORDER GRANTING MOTION TO APPLY
                                             CALIFORNIA LAW TO ISSUE OF
15   GENESIS FLUID SOLUTIONS, LTD., et al.,  ATTORNEY'S FEES

16          Defendants.                      **[Re Docket No.27]**

17

18

19          Defendant Genesis Fluid Solutions, Ltd. and Michael K. Hodges move to apply California

20   law, Civil Code § 1717, to the issue of attorneys fees in this matter.  Plaintiff Eagle North America

21   does not oppose the motion, and stipulates that § 1717 be applied.  The court will therefore apply

22   Civil Code § 1717 to the issue of attorney's fees.  The hearing scheduled for February 13, 2009 is

23   vacated.

24

25

26   DATED:        02/09/09                   _Ronald M Whyte_

27                                            RONALD M. WHYTE
                                             United States District Judge
28

ORDER GRANTING MOTION TO APPLY CALIFORNIA LAW TO ISSUE OF ATTORNEY'S FEES—No. C-08-02060 RMW
JAS

**United States District Court**
For the Northern District of California

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Plaintiff:**

3    Randel Jay Campbell          rcampbell@lgglaw.com
     Wallace M Tice              wtice@lgglaw.com

4

5    **Counsel for Defendants:**

6    Bruce E. Disenhouse         Bdisenhouse@krsattys-riv.com
     Gregory D. Rankin           grankin@lanealton.com

7

8    Counsel are responsible for distributing copies of this document to co-counsel that have not
     registered for e-filing under the court's CM/ECF program.

9

10

11

12   **Dated:**      02/10/09                              JAS
                                              **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28