**E-FILED on** 6/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EAGLE NORTH AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GENESIS FLUID SOLUTIONS, LTD., and MICHAEL K. HODGES,<br><br>　　　　　Defendants. | No. C-08-02060 RMW<br><br>ORDER DECLINING ENTRY OF JUDGMENT BY CONFESSION<br><br>**[Re Docket No. 40]** |

The court dismissed this case on July 27, 2009 by agreement of the parties. The stipulation filed by the parties for dismissal did not request that the court retain jurisdiction. Based on the record as it now stands, this case has been dismissed. The court therefore declines to enter judgment by confession.

DATED: 　　6/15/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DECLINING ENTRY OF JUDGMENT BY CONFESSION—No. C-08-02060 RMW
CCL